

FILED
CLERK, U.S. DISTRICT COURT

OCT 3, 2014

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| BRIAN MCKNIGHT, an individual, | CASE NO. 14-CV-2153-SVW-RZ |
| Plaintiff, | [PROPOSED] ORDER ENTERING THE PARTIES' STIPULATED DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a) |
| vs. | |
| V. BROWN & COMPANY, INC., a New York corporation; and DOES 1 through 20, inclusive, | |
| Defendants. | JS-6 |

Pursuant to Plaintiff Brian McKnight and Defendant V. Brown & Company, Inc.'s stipulation dismissing this matter with prejudice under Fed. R. Civ. P. 41(a), the Court hereby orders that Plaintiff's First Amended Complaint, filed April 28, 2014, ECF No. 16, and his action against Defendant, is dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: _____October 3_____, 2014    _____
　　　　　　　　　　　　　　　　　　　　Honorable Stephen V. Wilson
　　　　　　　　　　　　　　　　　　　　United States District Judge